IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00489-DME-BNB

CURTIS LARSON, et al.,

Plaintiffs,

v.

MATTHEW R. WEIBERG, et al.,

Defendants.

## ORDER

THIS MATTER COMES BEFORE the Court on the parties' Stipulated Motion to Dismiss Without Prejudice. The Court has considered this subject Motion, the grounds stated for such Motion, and believes itself fully advised.

IT IS ORDERED THAT the stipulated Motion of the parties is granted and it is further ordered that this civil action is dismissed without prejudice, the terms and conditions of the parties' stipulation and agreement being incorporated herein by reference.

DATED this 29th day of June, 2007.

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge